IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UKRVAKTSINA, a Ukrainian state-owned enterprise,

    Plaintiff,

  vs.

OLDEN GROUP, LLC, an Oregon limited liability; and INTERFARM, LLC, a Ukrainian company,

    Defendants.

O R D E R
Civ. No. 10-6297-AA

AIKEN, Chief Judge:

    Plaintiff's Request for Entry of Default against Defendant Olden Group, LLC (doc. 9) is granted. This case was filed on September 17, 2010. Plaintiff filed an Amended Complaint on December 7, 2010. On December 18, 2010, defendant Olden Group, LLC was served with a copy of the Summons, Amended Complaint, and Scheduling Order. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(I),

1 - ORDER

defendant Olden Group was required to answer or otherwise defend against the Amended Complaint within twenty-one days of service, or by January 10, 2011.

To date, defendant Olden Group has not filed any appearance or otherwise answered the Amended Complaint, nor has it given notice of its intent to appear and defend.  Therefore, pursuant to Fed. R. Civ. P. 55(a), this court grants plaintiff's request for entry of default against defendant Olden Group, LLC.

IT IS SO ORDERED.

Dated this 26 day of January 2011.


/s/ Ann Aiken
Ann Aiken
United States District Judge

2 - ORDER