**JOYCE SOBEL (OSB# 92467)**
jsluckey@aol.com
Attorney at Law
451 West Broadway, Suite 17
Eugene, Oregon 97401
T: (541)344-8085

**BARDIA FARD,** *admitted pro hac vice*
bfard@acumenlawgroup.com
Acumen Law Group, LLC
2338 W. Belmont Ave.
Second Floor
Chicago, Illinois 60618
T: (312) 212-3863
F: (312) 276-4933

*Attorneys for Olden Group, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UKRVAKTSINA**, a Ukrainian state-owned Enterprise,<br><br>                    Plaintiff,<br><br>            v.<br><br>**OLDEN GROUP, LLC**, an Oregon limited liability company; and **INTERFARM LLC**, a Ukrainian company,<br><br>                    Defendants. | Case No. 10-cv-06297-AA<br><br>**DECLARATION OF BARDIA FARD IN SUPPORT OF OLDEN GROUP, LLC'S RESPONSE IN OPPOSITION TO UKRVAKTSINA'S MOTION TO REQUIRE PROOF OF DECLARANT OLEG YAROSCHUK'S EXISTENCE AND IDENTITY** |

Bardia Fard, as an attorney at ACUMEN LAW GROUP, LLC, being over the age of 18, hereby declares that the following information is based upon his personal knowledge and is true and correct:

1. I am one of the attorneys for Olden Group, LLC ("Olden Group"). I submit this affidavit is support of *Olden Group, LLC's response in opposition to Ukrvaktsina's Motion to Require Proof of Declarant Oleg Yaroschuk's Existence and Identity*.

2. Sometime on or about February 3, 2011, I conducted a video Skype telephone conference with Oleg Yaroschuk. Mr. Yaroschuk identified himself to me as the director of Olden Group, LLC ("Olden Group") during our call. During the call, Mr. Yaroschuk and I discussed the possibility of Acumen Law Group, LLC representing Olden Group in this case.

3. Later that same day, after my Skype conference call with Mr. Yaroschuk, I sent an email to Ukrvaktsina's attorneys stating that my firm had been approached by Olden Group regarding potential representation, and that no formal retention agreement had been reached between Olden Group and my firm.

4. Sometime on or about February 4, 2011, Olden Group executed the written retention agreement I provided to it. My knowledge as to when Olden Group executed the retention agreement is predicated on the fact that its signature on the retention agreement was dated February 4, 2011.

5. The retention agreement was signed by Mr. Yaroschuk and stamped with Olden Group's company seal.

6. A copy of the executed retention agreement was emailed by Mr. Yaroschuk to my email address sometime on February 7, 2011.

DECLARATION OF BARDIA FARD IN SUPPORT OF OLDEN GROUP, LLC'S RESPONSE IN OPPOSITION TO UKRVAKTSINA'S MOTION TO REQUIRE PROOF OF DECLARANT OLEG YAROSCHUK'S EXISTENCE

7. Between February 3, 2011 and the present time, I have exchanged approximately 15 emails regarding the defense of this case with Mr. Yaroschuk.

8. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 25, 2011

                                                **ACUMEN LAW GROUP, LLC**

                                                __/s/ Bardia Fard__
                                                    Bardia Fard